AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Case No. Case: 2:21−mj−30463
Assigned To : Unassigned
Assign. Date : 9/28/2021
Description: CMP USA v. SEALED
MATTER (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | |

This criminal complaint is based on these facts:

Continued on the attached sheet.

_____
Complainant's signature

_____
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 28, 2021

_____
Elizabeth A. Stafford
Judge's signature

City and state: Detroit, Michigan

_____
Printed name and title

## AFFIDAVIT OF JOHN P. BOLOS JR.

I, John P. Bolos Jr., being duly sworn, depose and state as follows:

1.  I am a Border Patrol Agent and have been employed as the same for the past 12 years. I am currently assigned to the Federal Bureau of Investigation (FBI) as a Task Force Agent (TFA) on the FBI's Macomb County Gang and Violent Crime Task Force, and I am assigned to investigate gang and violent crimes in the Detroit, Michigan, Metropolitan area with a concentration focused on Macomb County, Michigan.  During my time with the FBI Gang and Violent Crime Task Force, I have investigated numerous violations of federal law related to violent crime to include violations involving threatening communications.

2.  This affidavit is made for the purpose of establishing probable cause that VIRES AL-HAKIEM, a/k/a "KuKu", committed violations of 18 U.S.C. §§ 875(c) (transmitting a threat) and 2261A(2) (stalking).  I make this affidavit based upon personal knowledge and experience, conversations with and communications from others who have personal knowledge of the events and circumstances described herein, the knowledge and experience of other investigators and law enforcement personnel, and information acquired during the investigation. This affidavit is being submitted for the limited purpose of establishing probable cause,

and I have set forth only those facts necessary to do so.

3. On September 24, 2021, VICTIM-1 was interviewed at the Macomb County Office of the FBI by TFO Matthew Willard and TFA John P. Bolos Jr. (Affiant).  VICTIM-1 advised that she has been receiving threatening text messages from her ex-husband, AL-HAKIEM.  VICTIM-1 advised that she and AL-HAKIEM were married in the past, however, they have been separated since December 2020 and divorced since September 8, 2021.

4. VICTIM-1 stated that since their separation, AL-HAKIEM has displayed erratic behavior. Among other things, VICTIM-1 reported that AL-HAKIEM sends threatening texts, shows up at her house uninvited, and posts social media videos about her.  VICTIM-1 showed interviewing Task Force Officers, including Affiant, text messages she received on June 15, 2021, from approximately 1:00 am to 11:00 am, on her cellular telephone number 248-XXX-XXX9 from telephone number 786-XXX-XXX3, VICTIM-1 advised that the latter number is assigned to AL-HAKIEM (hereinafter "AL-HAKIEM's phone").

5. On June 15, 2021, at approximately 1:00 am, VICTIM-1 received text messages from AL-HAKIEM's phone.  In the text messages, AL-HAKIEM indicated he was outside VICTIM-1's house, which is in Sterling Heights, Michigan, within the Eastern District of Michigan, and wanted her to come outside to talk about their relationship, a request VICTIM-1 refused.

6. On the same day, a few hours later, after VICTIM-1 did not come outside to speak with AL-HAKIEM, VICTIM-1 received a text message from AL-HAKIEM's phone. The text message had a video attached to it. The video shows an individual, identified as AL-HAKIEM by VICTIM-1 and myself, who appears shirtless and pointing a handgun at the camera. During the video, Al-HAKIEM states the following: "You see that gun? I put it inside your head and will empty 17 bullets in your fucking head and go show this to fucking judge what I say."

7. VICTIM-1 explained to your Affiant that she and AL-HAKIEM were going through divorce proceedings at the time and believes AL-HAKIEM was referring to the judge that was handling their divorce when he stated "fucking judge" in the video sent to her on June 15, 2021. VICTIM-1 also reported that AL-HAKIEM has access to firearms and frequently carries a pistol.

8. The Macomb County Judge that was presiding over AL-HAKIEM's divorce at the time the text message was sent also observed the aforementioned video on VICTIM-1's phone and perceived it as a threat to her as well. The Judge filled a police report with the Macomb County Sheriff's Office and as a result the Sheriff's Office has been and continues to conduct welfare checks at the Judge's residence.

9. Affiant obtained a driver's license image of AL-HAKIEM from his State of Michigan driver's license and compared it to the individual depicted in the video

sent to VICTIM-1. Affiant determined that the subject depicted in the video and AL-HAKIEM are the same person.

    a.    The photo below is a screenshot from the aforementioned video that AL-HAKIEM sent to VICTIM-1:



    b.    The photo below is the driver's license image of AL-HAKIEM:



10. On July 19, 2021, at approximately 2:18 am, VICTIM-1 received a text message from AL-HAKIEM's phone. The text message included an image of several long guns and magazines laid out on a bed. The following texts followed the image, "Dat is how ready I am" and "Dat is all am gonna say".

a. The photo below is the image sent to VICTIM-1 on July 19, 2021:



11. During the interview, VICTIM-1 advised AL-HAKIEM resides with his parents at 4262 South Lake Lane, Shelby Township, Michigan, within the Eastern District of Michigan. VICTIM-1 further advised that the picture above is of the master bedroom where AL-HAKIEM sleeps at the above address.

12. A review of public source information and law enforcement databases further identified AL-HAKIEM as a middle eastern male, 42 years old,

approximately 6'1", 180 pounds and confirmed AL-HAKIEM's address at 4262 South Lake Lane, as reported by VICTIM-1, and that he uses the aforementioned telephone number 786-XXX-XXX3.

13.   On August 26, 2021, VICTIM-1 filed for and was subsequently granted a personal protection order (PPO) against AL-HAKIEM by the 16th Circuit Court, Mount Clemens, Michigan, which remains in effect today. Among other things, the PPO prohibits AL-HAKIEM from communicating with VICTIM-1 and approaching or confronting her in a public place or on private property.

14.   VICTIM-1 advised that on September 15, 2021, she received a friend request on Snapchat from username "kukuassadh". VICTIM-1 stated that AL-HAKIEM's Snapchat username is "kukuassadh".

15.   On September 23, 2021, officers from the Sterling Heights Police Department (SHPD) responded to a business in Sterling Heights after a call from VICTIM-1. After officers arrived, VICTIM-1 advised them that when she pulled into parking lot of the business, VICTIM-1 noticed AL-HAKIEM was already in the lot. AL-HAKIEM then approached her vehicle and spat on it. AL-HAKIEM then yelled at her, "I'm going to fuck you all up one by one. You bitch, I got you, you fucking whore." AL-HAKIEM left after VICTIM-1 began to call 911.

16.   AL-HAKIEM's course of conduct with respect to VICTIM-1 has caused VICTIM-1 to reasonably fear death or serious bodily injury, and would be

reasonably expected to cause, and did cause substantial emotional distress to VICTIM-1, during the time of her marriage to AL-HAKIEM.

17. AL-HAKIEM's aforementioned text messages to VICTIM-1 were transmitted to Victim-1 using AT&T's cellular network, an electronic communication service and an electronic system of interstate commerce. Additionally, the telephone number used by AL-HAKIEM to transmit those messages has an area code of 786, which is associated with the Miami metropolitan area, and AL-HAKIEM's text messages to VICTIM-1 were routed through interstate commerce (across state lines) while being transmitted to VICTIM-1's phone.

18. A review of LEIN records reveals that AL-HAKIEM has been convicted for misdemeanor Assault/Assault and Battery (October 2005) and felony Possession of Cocaine - less than 25 grams (January 2005). Additionally, on September 23, 2021, AL-HAKIEM was arrested for possession of a concealed weapon, to wit: a spring loaded switch blade by Sterling Heights Police. Immigration records reveal that AL-HAKIEM is a native of Iraq and a citizen of the Netherlands. AL-HAKIEM maintains a valid unexpired passport from the Netherlands. AL-HAKIEM has no immigration status in the United States.

19. Based upon the facts set forth in this affidavit, there is probable cause to believe that, within the Eastern District of Michigan, VIRES AL-HAKIEM did

transmit, in interstate commerce, a communication which contained a threat to injure the person of another, in violation of Title 18, United States Code, Section 875 (c), and did with the intent to kill, injure, harass, or intimidate, use an electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate commerce to engage in a course of conduct that—

    (A) placed VICTIM-1 in reasonable fear of death or serious bodily injury; and

    (B) caused and was reasonably expected to cause substantial emotional distress to VICTIM-1, in violation of Title 18, United States Code, Section 2261A(2).

_____
John P. Bolos
FBI Task Force Agent

Sworn and subscribed to
before me and/or by electronic means on the 28th day of
September, 2021

_____
UNITED STATES MAGISTRATE JUDGE
Elizabeth A. Stafford